1  ALAN R. BRAYTON, ESQ., S.B. #73685
   DAVID R. DONADIO, ESQ., S.B. #154436
2  BRAYTON❖PURCELL LLP
   Attorneys at Law
3  222 Rush Landing Road
   P.O. Box 6169
4  Novato, California 94948-6169
   (415) 898-1555
5  (415) 898-1247 (Fax No.)

6  Attorneys for Plaintiff

7

8  **THE UNITED STATES DISTRICT COURT**

9  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10  **SAN FRANCISCO DIVISION**

11

12  DONALD CANTLIN, JR.,                  )   No. C08-982-JCS
                                          )
13        Plaintiff,                      )
                                          )
14  vs.                                   )   CONSENT TO PROCEED BEFORE A
                                          )   UNITED STATES MAGISTRATE JUDGE
15  GENERAL ELECTRIC COMPANY,             )
    CRAMP SHIPBUILDING AND                )
16  DRYDOCK COMPANY, and WARREN           )
    PUMPS, LLC,                           )
17                                        )
          Defendants.                     )

18

19        In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned

20  party in the above-captioned civil matter hereby voluntarily consents to have a United States

21  Magistrate Judge conduct any and all further proceedings in the case, including trial, and order

22  the entry of a final judgment. Appeal from the judgment shall be taken directly to the United

23  States Court of Appeals for the Ninth Circuit.

24  Dated: February 22, 2008                    BRAYTON❖PURCELL LLP

25                                              /s/ *David R. Donadio*
                                          By:   _____
26                                              David R. Donadio
                                                Attorneys for Plaintiffs

27

28

K:\Injured\108190\Fed\consent magistrate (Cantlin).wpd   1
CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE - C08-982-JCS