ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
FRANK J. ANDERS, ESQ., S.B. #227208
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiff
DONALD CANTLIN, JR.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD CANTLIN, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GENERAL ELECTRIC COMPANY, ) <br> *et al.*, ) <br> ) <br> Defendants. ) <br> ) <br> ) | Case No. C 08-00982-JCS <br><br> CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned parties in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

////
////
////
////
////
////

K:\Injured\108190\Fed\Joint Consent Magistrate (Cantlin).wpd      1
CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE   – C 08-00982-JCS

1 | Appeal from the judgment shall be taken directly to the United States Court of Appeals
2 | for the Ninth Circuit.

3 | Dated: April 9, 2008                             BRAYTON✦PURCELL LLP

4 |                                                 /s/ David R. Donadio

5 |                                                 By: _____
6 |                                                    David R. Donadio
                                                       Attorneys for Plaintiff

7 | Dated: April 9, 2008                             SEDGWICK, DETERT, MORAN & ARNOLD, LLP
8 |
                                                    /s/ Derek S. Johnson
9 |
10|                                                 By: _____
                                                       Derek S. Johnson
                                                       Attorneys for Defendant
11|                                                    GENERAL ELECTRIC COMPANY

12|

13| Dated: April 9, 2008                             CARROLL, BURDICK & MCDONOUGH LLP

14|

15|                                                 /s/ John G. Lee

16|

17|                                                 By: _____

18|                                                 John G. Lee

19|                                                 Attorneys for Defendant

20|                                                 WARREN PUMPS LLC

21|
22|
23|
24|
25|
26|
27|
28|

K:\Injured\108190\Fed\Joint Consent Magistrate (Cantlin).wpd        2
CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE  – C 08-00982-JCS