```
 1  ALAN R. BRAYTON, ESQ., S.B. #73685
    DAVID R. DONADIO, ESQ., S.B. #154436
 2  Email:  DDonadio@braytonlaw.com
    BRAYTON❖PURCELL LLP
 3  Attorneys at Law
    222 Rush Landing Road
 4  P.O. Box 6169
    Novato, California  94948-6169
 5  (415) 898-1555
    (415)898-1247 (Facsimile)
 6
    Attorneys for Plaintiff
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD CANTLIN, JR.,<br><br>  Plaintiff,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY,<br>*et al.*,<br><br>  Defendants. | Case No. 3:08-cv-00982-CRB<br><br>**DISMISSAL OF CLAIMS FOR ASBESTOS EXPOSURE OCCURRING ON OR AFTER DECEMBER 5, 1980 FROM DEFENDANT GENERAL ELECTRIC COMPANY, WITH PREJUDICE; ORDER** |

  Plaintiff hereby dismisses all allegations, if any, related to exposure to asbestos on or after December 5, 1980 as to GENERAL ELECTRIC COMPANY and hereby amends his or her complaint(s) accordingly.

///
///
///
///
///
///
///

| | | |
|---|---|---|
| 1 | Dated: August 1, 2013 | BRAYTON❖PURCELL LLP |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | By: s/ David R. Donadio |
| 6 | | DAVID R. DONADIO, ESQ., S.B. #154436<br>Email: DDonadio@braytonlaw.com<br>Tel: (415) 898-1555<br>Fax: (415)898-1247 |
| 7 | | Attorneys for Plaintiff |
| 8 | | |
| 9 | | |
| 10 | Dated: 8/2/13 | WALSWORTH FRANKLIN BEVINS & MCCALL LLP |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | By: _____<br>DEREK S. JOHONSON, ESQ., S.B. #220988 |
| 15 | | Attorneys for Defendant<br>GENERAL ELECTRIC COMPANY |

Dated: August 19, 2013

SO ORDERED:

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

2
DISMISSAL OF CLAIMS FOR ASBESTOS EXPOSURE OCCURRING ON OR AFTER DECEMBER 5, 1980 FROM DEFENDANT GENERAL ELECTRIC COMPANY, WITH PREJUDICE; ORDER